**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | **Case No. 19-CR-00147 (RC)** |
| **v.** | |
| **MUN CHOL MYONG,**<br>**Defendant.** | **Filed Under Seal** |

## MOTION TO UNSEAL

The United States of America, moving by and through its undersigned counsel, respectfully moves the Court to unseal the case against the defendant Mun Chol Myong (MUN), with redactions for other co-defendants who have not been arrested. In support of this motion, the government states:

1. The Court agreed to seal the Indictment and materials related to the case based on a compelling interest in apprehending the defendants in this case. One of the defendants, MUN, was arrested by Malaysian authorities, and was extradited to the United States on March 16, 2021. While the government retains a compelling interest in maintaining the identities of co-defendants who have not yet been apprehended, there is no longer a compelling need to keep the Indictment under seal, except as it relates to the identity of the co-defendants. To that end, the United States requests: (1) that the case against MUN be unsealed, (2) that a redacted Indictment be placed on the public docket, and (3) that all remaining documents related to the other co-defendants remain under seal until further Order of this Court.

2. Attached as Attachment A to this Motion is a proposed redacted Indictment to be placed on the docket. This motion is filed under seal because the matter is currently under seal, but the Government does not object to this Motion and Attachment being placed onto the public docket.

2

        Respectfully submitted,

        CHANNING D. PHILLIPS
        United States Attorney
        D.C. Bar No. 415793


By:    /s/ *Michael P. Grady*
        Tejpal S. Chawla
        D.C. Bar. No. 464012
        Michael P. Grady
        DC Bar No. 492947
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-252-7280 (Chawla)
        202-252-7649 (Grady)
        Tejpal.Chawla@usdoj.gov
        Michael.Grady3@usdoj.gov