### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | **Case No. 19-CR-00147 (RC)** |
| **v.** | |
| **MUN CHOL MYONG,**<br>    **Defendant.** | **Filed Under Seal** |

## ORDER

The United States has filed a motion to unseal the case against Mun Chol Myong, and in consideration of the motion, the Court finds that the requested unsealing is appropriate.

The Court also finds that the United States has established that a compelling governmental interest exists to justify the requested sealing of material that identifies co-defendants who have otherwise not been arrested.

It is, therefore, this 22nd day of March 2021,

ORDERED that the motion to unseal is hereby GRANTED, and that the case against Mun Chol Myong is unsealed;

IT IS FURTHER ORDERED that a redacted Indictment shall be placed onto the public docket, which is attached at Exhibit 1 to this Order;

IT IS FURTHER ORDERED that all materials that relate to the other co-defendants in this matter, including arrest warrants and other materials, shall remain SEALED until further order of the Court; and

IT IS FURTHER ORDERED that this motion and this Order be placed on the public docket after the matter against Mun Chol Myong is unsealed.

                                              G. MICHAEL HARVEY
                                              UNITED STATES MAGISTRATE JUDGE

Copy to:

Tejpal S. Chawla
Michael P. Grady
Assistant United States Attorneys