IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**MUN CHOL MYONG,**<br>　　　　Defendant. | **Case No. 19-CR-00147 (RC)**<br><br>**Hearing Date: 3/30/2021** |

# JOINT MOTION TO CONTINUE

The parties in this matter are jointly requesting a continuance of the hearing scheduled for March 30, 2021. On March 22, 2021, the defendant, Mun Chol Myong, was presented before Magistrate Judge G. Michael Harvey, and the United States sought detention. Defense counsel requested to continue the detention hearing until April 5, 2021. The Court also scheduled a status before this Court on March 30, 2021.

The parties remain in discussion regarding the evidence in this matter, and additional time is needed to have further discussion, particularly in advance of any detention hearing. To that end, the parties believe that continuing the status date hearing before this Court would be in the interests of all parties and the Court.

The parties have conferred about a possible new date and are requesting a status date after April 12, 2021.

1

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

By: _____/s/_____
Tejpal S. Chawla
D.C. Bar. No. 464012
Michael P. Grady
DC Bar No. 492947
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7280 (Chawla)
202-252-7649 (Grady)
Tejpal.Chawla@usdoj.gov
Michael.Grady3@usdoj.gov

_____/s/_____
Shelli Peterson
D.C. Bar No. 438930
Office of the Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
202-208-7500
Shelli_Peterson@fd.org

2