IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**MUN CHOL MYONG,**<br>    **Defendant.** | **Case No.  19-CR-00147 (RC)**<br><br>**Hearing Date: 3/30/2021** |

## ORDER

Having considered the Joint Motion to Continue, it is this ___ of March, 2021, hereby

**ORDERED**, that the status hearing currently scheduled for March 30, 2021 is hereby rescheduled for April ___, 2021.

_____
RUDOLPH CONTRERAS
United States District Judge