IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**MUN CHOL MYONG,**<br>       **Defendant.** | Case No.   19-CR-00147 (RC)<br><br>Hearing Date: 4/5/2021 |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order at this time.

                                                       Respectfully submitted,

                                                       CHANNING D. PHILLIPS
                                                       Acting United States Attorney
                                                       D.C. Bar No. 415793

By:   _____/s/_____
        Tejpal S. Chawla
        D.C. Bar. No. 464012
        Michael P. Grady
        DC Bar No. 492947
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-252-7280 (Chawla)
        202-252-7649 (Grady)
        Tejpal.Chawla@usdoj.gov
        Michael.Grady3@usdoj.gov