# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 19-00147 (RC)** |
| : | |
| **MUN CHOL MYONG,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States of America, by undersigned counsel, hereby moves for pretrial detention of the defendant pursuant to 18 U.S.C. § 3142(f)(2)(A). For the reasons outlined in the attached Government's Memorandum in Support of Motion for Pretrial Detention, the defendant constitutes a substantial risk of flight under the factors set forth in 18 U.S.C. § 3142(g), and the United States respectfully requests that the Court order his detention pending trial.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   /s/ Michael P. Grady
Michael P. Grady
D.C. Bar No. 492947
Tejpal S. Chawla
D.C. Bar No. 464012
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7649
Email: michael.grady3@usdoj.gov