# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 19-cr-00147-RC |
| | : | |
| MUN CHOL MYONG, | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE

The United States of America and the defendant, Mun Chol Myong, through undersigned counsel, jointly move to continue the status conference currently scheduled for July 21, 2021. The Court conducted an arraignment and status conference in this case on May 13, 2021, and scheduled a further status conference for July 21, 2021. Since the arraignment, the United States has moved diligently on discovery in this matter. The United States has continued producing relevant material pursuant to the Discovery Order in this case, and anticipates producing a substantial amount of additional material this week. Discovery is ongoing, and the parties have discussed how best to proceed. To that end, the parties believe that continuing the status hearing before this Court would be in the interests of all parties and the Court. The parties have conferred about a possible new date and are requesting a status date the week of September 13, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:    /s/ Michael P. Grady
Michael P. Grady
D.C. Bar No. 492947
Tejpal S. Chawla
D.C. Bar No. 464012
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7649
Email: michael.grady3@usdoj.gov


  /s/ Michelle M. Peterson
Michelle M. Peterson
D.C. Bar No. 438930
Office of the Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
202-208-7500
Shelli_Peterson@fd.org