UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff; ) <br> ) <br> v. ) <br> ) <br> MUN CHOL MYONG, ) <br> ) <br> Defendant. ) | Case No. 19-CR-00147 (RC) |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

For the reasons stated below, the parties jointly request the Court continue the December 15, 2021, status conference in this case.

Since Mr. Myong's May 13, 2021 arraignment on the indictment, the parties continue to try and reach a disposition in this case. The defense is engaged in pretrial discovery review that is voluminous, and cumbersome given that Mr. Myong is detained.

The government has produced substantial discovery in this case and is in the process of gathering and producing additional discovery, including potentially, certain classified material. The process of producing classified discovery is complicated and time consuming; it requires coordination with the Classified Information Security Officer. Furthermore, the parties are in the process of working out the contours of the protective order that would cover the production of classified information in this case. The government believes that this case may, upon its motions, properly be designated as complex under 18 U.S.C. § 3161(h)(7)(B)(ii).

As the government requires additional time for the production of classified discovery, the defense needs time to review the additional discovery and to work out a possible disposition in this case we respectfully request the Court continue the December 15, 2021, status conference by a period of approximately 45 days to a date convenient to the Court.

The Court has excluded time under the Speedy Trial Act based on the ongoing COVID-19 pandemic. *See In re: Status of Court Operations, Including Jury Trials, and Speedy Trial Act*

*Exclusions in Light of Current Circumstances Relating to the Covid-19 Pandemic*, Standing Order 21-62 (Howell, C.J.) (November 1, 2021) (excluding time under the Speedy Trial Act from March 17, 2020 through December 15, 2021). To that end, we request that the time between December 15, 2021and the next date set by the Court, continue to be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(1)(D) and 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Mr. Myong consents to the requested exclusion of time under the Speedy Trial Act.

WHEREFORE, for the reasons stated above, the Standing Orders issued by the Chief Judge and because a continuance will best serve the interests of justice, Mr. Myong requests that the Court grant this joint motion for a continuance.

Respectfully submitted,

A. J. Kramer
Federal Public Defender for the District of Columbia

/s/ _____
Michelle Peterson, Chief Assistant Federal Public Defender
Sabrina Shroff, Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500, ext. 130

Dated: December 12, 2021