**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  19-147 (RC) |
| | : | |
| MUN CHOL MYONG, | : | Re Document No.:    34 |
| | : | |
| Defendant. | : | |

**ORDER**

**GRANTING DEFENDANT'S MOTION TO PROCEED BY *ALFORD* PLEA**

Pending before the Court is Defendant's motion for the Court to accept a plea pursuant to

*North Carolina v. Alford*, 400 U.S. 25 (1970).  The Government opposes.  In *Alford*, the

Supreme Court recognized that "[a]n individual accused of crime may voluntarily, knowingly,

and understandingly consent to the imposition of a prison sentence even if he is unwilling or

unable to admit his participation in the acts constituting the crime."  *Id.* at 37.  "A trial court has

discretion to refuse a defendant's guilty plea . . . or to accept it and thereby to honor his strategic

choice to acquiesce in a determinate criminal penalty."  *United States v. Marble*, 940 F.2d 1543,

1545 (D.C. Cir. 1991) (citations omitted).

The Court is prepared to allow Defendant to proceed by *Alford* plea, though it will

conduct a Rule 11 colloquy at the next scheduled status conference on September 6, 2022 at 1

p.m. before accepting that plea.  Accordingly, it is hereby **ORDERED** that Defendant's Motion

to Proceed by *Alford* Plea (ECF No. 34) is **GRANTED**.

**SO ORDERED**.

Dated:  August 24, 2022                                             RUDOLPH CONTRERAS
                                                                                  United States District Judge