UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Case No. 19-CR-00147 (RC) |
| ) | |
| MUN CHOL MYONG, ) | |
| ) | |
| Defendant. ) | |

JOINT MOTION TO EXTEND THE DATE OF INITIAL SENTENCING SUBMISSION

For the reasons stated below, the parties jointly request the Court allow the parties to submit our sentencing papers on Sunday, January 8, 2023, instead of Friday, January 6, 2023. The defense needs additional time to submit its papers. The extension will not affect the sentencing date of January 20, 2023 or any other portion of the Court's Sentencing Order. See, Docket Entry No. 37.

We thank the Court for its time and consideration.

Respectfully submitted,

A. J. Kramer
Federal Public Defender for the District of Columbia

/s/_____
Michelle Peterson, Chief Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ext. 130

Sabrina Shroff
Attorney
80 Broad Street, 19th Floor
New York, New York 10004

Dated: January 3, 2023